**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 11-2324

_____

ALEXANDER A. JOHNSON,

             Plaintiff - Appellant,

    v.

PROSPERITY MORTGAGE CORP.; WELLS FARGO BANK, N.S.; WELLS
FARGO HOME MORTGAGE; JOHN S. BURSON, Substitute Trustee;
WILLIAM M. SAVAGE, Substitute Trustee; GREGORY N. BRITTO,
Substitute Trustee; JASON MURPHY, Substitute Trustee;
KRISTINE D. BROWN, Substitute Trustee; ERIK W. YODER,
Substitute Trustee,

             Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.   Alexander Williams, Jr., District
Judge. (8:11-cv-02532-AW)

_____

Submitted:  December 21, 2012        Decided:  January 4, 2013

_____

Before MOTZ, KING, and GREGORY, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gerald Solomon, SOLOMON & BASCIETTO, LLC, Boynton Beach,
Florida, for Appellant.   Amy S. Owen, Richard D. Holzheimer,
Jr., COCHRAN & OWEN, LLC, Vienna, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander A. Johnson appeals from the district court's order dismissing his complaint in which he sought a judgment quieting title to real property, a declaratory judgment, and an accounting. The district court determined that Johnson's complaint failed to state a claim for relief. We have reviewed the record and the briefs submitted on appeal and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Johnson v. Prosperity Mortg. Corp., No. 8:11-cv-02532-AW (D. Md. Nov. 3, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2